Theodore V. H. Mayer (TM 9748)
Vilia B. Hayes (VH 4601)
Robb W. Patryk (RP 0161)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

LAWRENCE GOODMAN,

                Plaintiff,

    -against-

MERCK & CO., INC.,

                Defendant.

------------------------------ x

**Civ. No.:** 07 cv 3453

**DECLARATION OF SERVICE AND FILING**

Pursuant to 28 U.S.C. § 1746, SARAH A. BINDER declares:

1. I am over the age of 18 years and I am not a party to this action. I am associated with the firm of Hughes Hubbard & Reed LLP, counsel for Defendant Merck & Co., Inc.

2. On May 1, 2007, the Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the United States District Court for the Southern District of New York.

3. On May 1, 2007, I caused a true and accurate copy of the Notice of Removal, Answer and the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc. to be served via first-class mail, postage prepaid, on plaintiff's counsel, William Dinkes, Dinkes & Schwitzer, Esqs., 112 Madison Avenue, New York City, New York, 10016.

NY 1154807_1.DOC

4.      On May 2, 2007, the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the Supreme Court of the State of New York, County of New York.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Sarah A. Binder